IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLOS RENTERIA**  **PLAINTIFF**
Reg. #25907-508

v.  No. 2:22-cv-129-DPM

**GREG RECHCIGL, HSA, WellPath**  **DEFENDANT**

ORDER

1. The Court withdraws the reference.

2. Renteria hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2022