IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLOS RENTERIA**  PLAINTIFF
Reg. #25907-508

v.                       No: 2:22-cv-129 DPM

**GREG RECHCIGL, HSA, WellPath**      DEFENDANT

JUDGMENT

Renteria's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2022